IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RUBIN CRAIN, IV,             ) | |
|     Plaintiff,        ) | |
| v.                           ) | No. 3:15-CV-2241-N |
|                              ) | |
| DALLAS COUNTY HOSPITAL DISTRICT ) | |
| ET AL.,                      ) | |
|     Defendants.      ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 2nd day of October, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE